IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TINA BULLIS,

    Plaintiff,

vs.                                                CASE NO.: 1:07cv226-SPM/AK

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER ENLARGING TIME AND ACCEPTING JOINT REPORT

Upon consideration, Plaintiff's Motion to Enlarge Time to File Rule 26 Meeting Report (doc. 8) is granted. The joint report (doc. 9) is accepted as timely filed.

SO ORDERED this 20th day of February, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge